UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SINAA ABDULWAHAB,<br><br>          Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. C14-00920-RAJ<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the Report and Recommendation of the Honorable James P. Donohue does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 6th day of May, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CASE
PAGE - 1